UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


VALERIE TAYLOR,

        Plaintiff,                       Civil No. 09-282-HA

        v.                             ORDER

COMMISSIONER of Social Security,

        Defendant.


HAGGERTY, District Judge:

      Plaintiff's counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $6,286.76. Defendant Commissioner has stipulated to this award.

      This court concludes that counsel for plaintiff's Application for EAJA Fees [33] is proper. The application is granted as follows: it is ordered that attorney Bruce Brewer be paid $6,286.76 upon verification that plaintiff has no debt to the government which qualifies for offset against

1  - ORDER

the awarded fees, pursuant to the reasoning addressed in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees to the litigant, subjecting the fee calculation "to a federal administrative offset if the litigant has outstanding federal debts.").

If plaintiff has such debt, then payment for any remaining funds after offset of the debt shall be made to plaintiff's attorney. Payment to be mailed to counsel at 419 5th Street, Oregon City, Oregon, 97045.

IT IS SO ORDERED.

DATED this  8  day of December, 2010.

                                              /s/  ANCER L. HAGGERTY
                                              ANCER L. HAGGERTY
                                              United States District Judge